# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GEA MECHANICAL EQUIPMENT US, INC.,**<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>**FEDERAL INSURANCE COMPANY,** *et al.*,<br><br>　　　　Defendants. | Case No. 20–cv–09741–BRM–ESK<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court on the parties' joint letter of September 21, 2020 (Letter) (ECF No. 10) setting forth a discovery dispute between the parties; and defendants, in the Letter, seeking an order compelling plaintiff to produce certain information and documents protected by the attorney-client privilege (Application) (*Id.*); and the Court having held a hearing on October 8, 2020; and for the reasons stated on the record,

**IT IS** on this　**8th** day of **October 2020**　**ORDERED** that:

1.　Defendants' Application (**ECF No. 10**) is **DENIED**.

2.　A telephone status conference is scheduled for **January 12, 2021 at 10:30 a.m.** before Magistrate Judge Edward S. Kiel.  The parties shall file a joint letter, at least three business days before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

　　　　　　　　　　　　　　　　　　　*/s/ Edward S. Kiel*　　　　　　
　　　　　　　　　　　　　　　　　　**EDWARD S. KIEL**
　　　　　　　　　　　　　　　　　　**UNITED STATES MAGISTRATE JUDGE**