John Maloney
Christopher K. Kim
GIMIGLIANO MAURIELLO & MALONEY
A Professional Association
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962-1449
(973) 946-8360
Attorneys for Defendants
Hartford Accident and Indemnity Company,
Hartford Fire Insurance Company and
First State Insurance Company

Edward M. Pinter
Caroline McKenna
FORD MARRIN ESPOSITO WITMEYER & GLESER, LLP
Wall Street Plaza
New York, New York 10005
(212) 269-4900
Attorneys for Defendants
The Continental Insurance Company and
Wellfleet New York Insurance Company as successor to
Atlanta International Insurance Company

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEA MECHANICAL EQUIPMENT US, INC., | Civil Action No. 2-20-cv-09741-BRM-ESK |
| Plaintiff, | Motion Return Date: November 16, 2020 |
| v. | |
| FEDERAL INSURANCE COMPANY, FIRST STATE INSURANCE COMPANY, HARTFORD ACCIDENT AND INDEMNITY COMPANY, HARTFORD FIRE INSURANCE COMPANY, TRAVELERS CASUALTY AND SURETY COMPANY (successor to AETNA CASUALTY AND SURETY COMPANY), WELLFLEET NEW YORK INSURANCE COMPANY (successor to ATLANTA INTERNATIONAL INSURANCE COMPANY), CONTINENTAL INSURANCE COMPANY, and XYZ INSURANCE COMPANIES, | NOTICE OF JOINT APPEAL FROM THE MAGISTRATE JUDGE'S OCTOBER 8, 2020 ORDER |
| Defendants. | |

TO: Donald W. Kiel, Esq.
K&L Gates LLP
One Newark Center, Tenth Floor
Newark, New Jersey 07102-5252
Attorneys for Plaintiff
GEA Mechanical Equipment US, Inc.

PLEASE TAKE NOTICE that on Monday, November 16, 2020 at 9:30 a.m., or as soon thereafter as counsel may be heard, the undersigned, attorneys for defendants Hartford Accident and Indemnity Company, Hartford Fire Insurance Company and First State Insurance Company (collectively, "Hartford") and attorneys for defendants The Continental Insurance Company ("Continental") and Wellfleet New York Insurance Company as successor to Atlanta International Insurance Company ("AIIC" and, together with Hartford and Continental, "Defendants"), shall jointly move before the Honorable Brian R. Martinotti, U.S.D.J., at the United States District Court for the District of New Jersey, Clarkson S. Fisher Building & U.S. Courthouse, 402 East State Street, Trenton, New Jersey, for an Order reversing the October 8, 2020 Order of the Honorable Edward S. Kiel, U.S.M.J., and granting Defendants' application to compel plaintiff GEA Mechanical Equipment US, Inc. to produce certain information and documents protected by the attorney-client privilege or as attorney work product.

PLEASE TAKE FURTHER NOTICE that in support of this application, Defendants shall rely on the supporting Joint Brief and Declaration of John Maloney submitted herewith, together with any papers they may submit in reply to any opposition filed.

PLEASE TAKE FURTHER NOTICE that a Proposed Form of Order is also submitted herewith.

PLEASE TAKE FURTHER NOTICE that Defendants respectfully request oral argument if any opposition is filed.

Dated: October 22, 2020

/s/ John Maloney
John Maloney
Christopher K. Kim
GIMIGLIANO MAURIELLO & MALONEY
A Professional Association
163 Madison Avenue, Suite 500
P.O. Box 1449
Morristown, New Jersey 07962-1449
(973) 946-8360
Attorneys for Defendant
Hartford Accident and Indemnity Company,
Hartford Fire Insurance Company and
First State Insurance Company

/s/ Edward M. Pinter
Edward M. Pinter
Caroline McKenna
FORD MARRIN ESPOSITO WITMEYER &
 GLESER, LLP
Wall Street Plaza
New York, New York 10005
(212) 269-4900
Attorneys for Defendants
The Continental Insurance Company and
Wellfleet New York Insurance Company as successor
to Atlanta International Insurance Company