

December 3, 2020

Robert F. Pawlowski
robert.pawlowski@klgates.com

T 973.848.4032

**By ECF & Regular Mail**

Attention Lisette Rodriguez, Courtroom Deputy (Newark)
Chambers of Hon. Brian R. Martinotti, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

Re:   *GEA Mechanical Equipment US, Inc.*
      Civil Action No.: 2-20-cv-09741-BRM-ESK

Dear Ms. Rodriguez:

I write with respect to the Notice of Call for Dismissal Pursuant to Fed. R. Civ. Pro. 4(m) filed by the Clerk on December 1, 2020, which I understand was only applicable to defendants, Federal Insurance Company and Travelers Casualty and Surety Company.

Further to our conversation this morning, I write to confirm that Defendants Federal Insurance Company and Travelers Casualty and Surety Company were dismissed without prejudice from the state court matter captioned *GEA Mechanical Equipment US, Inc. v. Federal Insurance Company, et al*, Superior Court of New Jersey, Law Division, Bergen County, Docket No. BER-L-005721-19, prior to removal to this Court.  Attached are the relevant orders of dismissal.

In light of the foregoing, I understand that the Notice of Call will be dismissed.  If my undestanding is incorrect, please so advise me as soon as possible.

Please let me know if you need anything else in this regard.

Respectfully,

Robert F. Pawlowski

Attachments

CC:  All Counsel of Record (by email)

BER-L-005721-19 07/31/2020 1:21:38 PM Pg 241 of 245 Trans ID: LCV20201328454
Case 2:20-cv-09741-BRM-ESK Document 1 Filed 07/31/20 Page 238 of 242 PageID: 238
Case 2:20-cv-09741-BRM-ESK Document 24-7 Filed 12/03/20 Page 2 of 5 PageID: 654

K&L GATES LLP
Donald W. Kiel (NJ Bar No. 014371982)
Donald.Kiel@klgates.com
One Newark Center, Tenth Floor
Newark, New Jersey 07102-5252
973-848-4000

K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222-2613
412-355-6500

Attorneys for Plaintiff
GEA Mechanical Equipment US, Inc.

FILED
JUL 20 2020
Robert C. Wilson
J.S.C.

| | |
|---|---|
| GEA MECHANICAL EQUIPMENT US, INC., <br><br> Plaintiff, <br><br> v. <br><br> FEDERAL INSURANCE COMPANY, *et al.*; <br><br> Defendants. | SUPERIOR COURT OF NEW JERSEY <br> LAW DIVISION: BERGEN COUNTY <br> DOCKET NO.: BER-L-005721-19 <br><br> CIVIL ACTION <br><br> **ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO FEDERAL INSURANCE COMPANY ONLY** |

THIS MATTER having been opened to the Court by K&L Gates LLP, attorneys for plaintiff, GEA Mechanical Equipment US, Inc. ("GEA"), and Cohn Baughman & Serlin, attorneys for defendant, Federal Insurance Company ("Federal"), and it appearing that GEA and Federal have agreed to GEA's dismissal of the Second Amended Complaint against Federal without prejudice, conditioned on the Court's entry of this Order preserving all claims by GEA against Federal; and good cause having been shown;

IT IS on this 20th day of ~~June~~ July, 2020, ORDERED as follows:

1. Subject to the provisions of this Order, GEA's Second Amended Complaint, as against Federal only, be and the same is hereby dismissed without prejudice and without costs against either party;

306423372 v1

BER-L-005721-19 07/31/2020 1:21:38 PM Pg 242 of 245 Trans ID: LCV20201328454
Case 2:20-cv-09743-BRM-ESK Document 1-4 Filed 12/03/20 Page 2 of 5 PageID: 655
Case 2:20-cv-09741 Document 1 Filed 07/31/20 Page 239 of 242 PageID: 239

2. Any claims asserted or which could have been asserted by GEA in its Second Amended Complaint, as against Federal, are hereby preserved, and GEA shall not be barred or otherwise precluded or limited in any way from asserting such claims by the entire controversy doctrine or any other similar doctrine of claim preclusion.

3. Any defenses asserted or which could have been asserted by Federal in response to GEA's Second Amended Complaint, except for defenses based on the entire controversy doctrine or any similar doctrine of claim preclusion, are hereby preserved, and Federal shall not be barred or otherwise precluded or limited in any way from asserting such defenses by the entire controversy doctrine or any other similar doctrine of claim preclusion.

4. A copy of this Order shall be served on all counsel of record within five days of entry.

_____
Hon. Robert C. Wilson, J.S.C.

_____ Opposed

_____ Unopposed

Consented to as form and substance.

K&L GATES LLP
Attorneys for Plaintiff
GEA Mechanical Equipment US, Inc.

By: _____
Donald W. Kiel

Dated: June 30, 2020

COHN BAUGHMAN & SERLIN
Attorneys for Defendant
Federal Insurance Company

By: /s/ *Lawrence A. Nathanson*
Lawrence Nathanson

Dated: June 29, 2020

2

306423372 v1

BER-L-005721-19   07/31/2020 1:21:38 PM   Pg 244 of 245   Trans ID: LCV20201328454
Case 2:20-cv-09741-BRM-ESK   Document 1-7   Filed 12/03/20   Page 4 of 5 PageID: 656
Case 2:20-cv-09741   Document 1   Filed 07/31/20   Page 241 of 242 PageID: 241

K&L GATES LLP
Donald W. Kiel (NJ Bar No. 014371982)
Donald.Kiel@klgates.com
One Newark Center, Tenth Floor
Newark, New Jersey 07102-5252
973-848-4000

K&L Gates Center
210 Sixth Avenue
Pittsburgh, Pennsylvania 15222-2613
412-355-6500

Attorneys for Plaintiff
GEA Mechanical Equipment US, Inc.

FILED
JUL 22 2020
Robert C. Wilson
J.S.C.

| | |
|---|---|
| GEA MECHANICAL EQUIPMENT US, INC.,<br><br>Plaintiff,<br><br>v.<br><br>FEDERAL INSURANCE COMPANY, *et al.*;<br><br>Defendants. | SUPERIOR COURT OF NEW JERSEY<br>LAW DIVISION: BERGEN COUNTY<br>DOCKET NO.: BER-L-005721-19<br><br>CIVIL ACTION<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE AS TO TRAVELERS CASUALTY AND SURETY COMPANY ONLY** |

THIS MATTER having been opened to the Court by K&L Gates LLP, attorneys for plaintiff, GEA Mechanical Equipment US, Inc. ("GEA"), and Clyde & Co US LLP, attorneys for defendant, Travelers Casualty and Surety Company (f/k/a Aetna Casualty and Surety Company) ("Travelers"), and it appearing that GEA and Travelers have agreed to GEA's dismissal of the Second Amended Complaint against Travelers without prejudice, conditioned on the Court's entry of this Order preserving all claims by GEA against Travelers; and good cause having been shown;

IT IS on this 22nd day of July, 2020, ORDERED as follows:

306423657 v2

1.  Subject to the provisions of this Order, GEA's Second Amended Complaint, as against Travelers only, be and the same is hereby dismissed without prejudice and without costs against either party;

2.  Any claims asserted or which could have been asserted by GEA in its Second Amended Complaint, as against Travelers, are hereby preserved, and GEA shall not be barred or otherwise precluded or limited in any way from asserting such claims by the entire controversy doctrine or any other similar doctrine of claim preclusion.

3.  Any defenses asserted or which could have been asserted by Travelers in its Answer to the Second Amended Complaint, as against GEA, except for defenses based on the entire controversy doctrine or any similar doctrine of claim preclusion, are hereby preserved, and Travelers shall not be barred or otherwise precluded or limited in any way from asserting such defenses by the entire controversy doctrine or any other similar doctrine of claim preclusion.

4.  A copy of this Order shall be served on all counsel of record within five days of entry.

_____
Hon. Robert C. Wilson, J.S.C.

_____ Opposed

__✓__ Unopposed

Consented to as form and substance.

| K&L GATES LLP | CLYDE & CO US LLP |
| Attorneys for Plaintiff | Attorneys for Defendant |
| GEA Mechanical Equipment US, Inc. | Travelers Casualty and Surety Company |

By: _____    By: _____
        Donald W. Kiel                          Daren McNally

Dated: July 21, 2020                    Dated: July 14, 2020

2

306423657 v2