# K&L GATES

December 3, 2020

**By ECF & Regular Mail**

Attention Lisette Rodriguez, Courtroom Deputy (Newark)
Chambers of Hon. Brian R. Martinotti, U.S.D.J.
Clarkson S. Fisher Building & U.S. Courthouse
402 East State Street
Room 2020
Trenton, NJ 08608

Robert F. Pawlowski
robert.pawlowski@klgates.com

T 973.848.4032

Re:   *GEA Mechanical Equipment US, Inc.*
      Civil Action No.: 2-20-cv-09741-BRM-ESK

Dear Ms. Rodriguez:

I write with respect to the Notice of Call for Dismissal Pursuant to Fed. R. Civ. Pro. 4(m) filed by the Clerk on December 1, 2020, which I understand was only applicable to defendants, Federal Insurance Company and Travelers Casualty and Surety Company.

Further to our conversation this morning, I write to confirm that Defendants Federal Insurance Company and Travelers Casualty and Surety Company were dismissed without prejudice from the state court matter captioned *GEA Mechanical Equipment US, Inc. v. Federal Insurance Company, et al*, Superior Court of New Jersey, Law Division, Bergen County, Docket No. BER-L-005721-19, prior to removal to this Court.   Attached are the relevant orders of dismissal.

In light of the foregoing, I understand that the Notice of Call will be dismissed.  If my undestanding is incorrect, please so advise me as soon as possible.

Please let me know if you need anything else in this regard.

Respectfully,

*Robert F. Pawlowski*

Robert F. Pawlowski

Attachments

CC:  All Counsel of Record (by email)

The Notice of Call for Dismissal is hereby withdrawn. The Clerk's office is hereby directed to terminated defendant, Federal Insurance Company and Travelers Casualty and Surety Company.  SO ORDERED:

*Brian Martinotti*
_____
Brian R. Martinotti, USDJ
Date:  December 3, 2020

K&L GATES LLP
ONE NEWARK CENTER   TENTH FLOOR   NEWARK   NJ 07102
T +1 973 848 4000  F +1 973 848 4001  klgates.com

Anthony P. La Rocco, Managing Partner, New Jersey