# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

| | |
|---|---|
| **GEA MECHANICAL EQUIPMENT US, INC.,**<br><br>Plaintiff,<br><br>v.<br><br>**FEDERAL INSURANCE COMPANY,** *et al.,*<br><br>Defendants. | Case No. 20–cv–09741–BRM–ESK<br><br><br>**ORDER** |

**THIS MATTER** having come before the Court for a telephone status conference on April 13, 2021; and the parties having filed a joint status letter on April 7, 2021 (ECF No. 30); and for good cause appearing,

**IT IS** on this   **13th** day of **April 2021**   **ORDERED** that:

1.  A telephone status conference is scheduled for **July 13, 2021 at 10:30 a.m.** before Magistrate Judge Edward S. Kiel.   The dial in number is 1-888-684-8852 and the access code is 310-0383#.   The parties shall file a joint letter, at least three business days before the conference advising of the status of discovery, any pending motions, and any other issues to be addressed.

2.  The period for fact discovery is extended through **August 31, 2021**. All depositions of fact witnesses must be completed by the close of fact discovery. No fact discovery is to be issued or engaged in beyond that date, except for good cause shown.

            */s/ Edward S. Kiel*            
            **EDWARD S. KIEL**
            **UNITED STATES MAGISTRATE JUDGE**