# K&L GATES

September 23, 2021

**Via Electronic Filing**

Honorable Edward S. Kiel, U.S.M.J.
United States District Court, District of New Jersey
Martin Luther King, Jr. Federal Building and Courthouse
50 Walnut Street
Newark, New Jersey 07102

Donald W Kiel
Partner
donald.kiel@klgates.com

T +1 973 848 4064
F +1 973 848 4001

Re:   GEA Mechanical Equipment US, Inc. v. Federal Insurance Company, et al.
      Civil Action No. 2-20-cv-09741

Dear Judge Kiel:

On September 22 at 4:34 p.m., Defendants in the above-captioned case filed a Joint Letter [ECF 39] relating to Defendants' request for an extension of discovery. Plaintiff has learned of additional pertinent information, which is reflected in the email string attached as an exhibit for your consideration in connection with the Joint Letter.

Respectfully,

Donald W. Kiel

Attachment