**EXHIBIT A**
**TO THE THIRD AMENDED COMPLAINT**

| Insurer | Policy Number | Policy Incepts | Policy Expires |
|---|---|---|---|
| Atlanta International Insurance Company (n/k/a Wellfleet New York Insurance Company) | UMB06230 | 10/25/1984 | 10/25/1985 |
| Continental Insurance Company | SRU2153318 | 08/25/1979 | 10/25/1980 |
| Continental Insurance Company | SRU3192930 | 10/25/1980 | 10/25/1981 |
| Continental Insurance Company | SRU1591549 | 10/25/1981 | 10/25/1982 |
| First State Insurance Company | 914213 | 08/25/1977 | 08/25/1978 |
| First State Insurance Company | 914214 | 08/25/1977 | 08/25/1978 |
| First State Insurance Company | 925592 | 09/25/1977 | 08/25/1978 |
| First State Insurance Company | 940779 | 08/25/1978 | 08/25/1979 |
| First State Insurance Company | 928194 | 08/25/1979 | 10/25/1980 |
| First State Insurance Company | 930747 | 10/25/1980 | 10/25/1981 |
| First State Insurance Company | 932288 | 10/25/1981 | 10/25/1982 |
| First State Insurance Company | 951719 | 10/25/1982 | 10/25/1983 |
| First State Insurance Company | 953847 | 10/25/1983 | 10/25/1984 |

| **Insurer** | **Policy Number** | **Policy Incepts** | **Policy Expires** |
|---|---|---|---|
| Hartford Accident and Indemnity Company | 10C662182W | 08/25/1976 | 08/25/1977 |
| Hartford Accident and Indemnity Company | 10C667308 | 08/25/1977 | 08/25/1978 |
| Hartford Accident and Indemnity Company | 10C669913W | 08/25/1978 | 08/25/1979 |
| Hartford Accident and Indemnity Company | 10C671174W | 08/25/1979 | 10/25/1980 |
| Hartford Accident and Indemnity Company | 10CML0740W | 10/25/1980 | 10/25/1981 |
| Hartford Accident and Indemnity Company | 10CML0740W | 10/25/1981 | 10/25/1982 |
| Hartford Accident and Indemnity Company | 10CML0740W | 10/25/1982 | 10/25/1983 |
| Hartford Accident and Indemnity Company | 10CML0740W | 10/25/1983 | 10/25/1984 |
| Hartford Accident and Indemnity Company | 10CML0740W | 10/25/1984 | 10/25/1985 |
| Hartford Accident and Indemnity Company | 10CLRML0743W | 10/25/1985 | 10/25/1986 |
| Hartford Accident and Indemnity Company | 10CLRML0743W | 10/25/1986 | 10/25/1987 |
| Hartford Accident and Indemnity Company | 10CLRML0743W | 10/25/1987 | 10/25/1988 |
| Hartford Accident and Indemnity Company | 10UERML0743W | 10/25/1988 | 10/25/1989 |
| Hartford Accident and Indemnity Company | 10UERML0743W | 10/25/1989 | 10/25/1990 |
| Hartford Fire Insurance Company | 10UERML0743W | 10/25/1990 | 12/25/1991 |

| **Insurer** | **Policy Number** | **Policy Incepts** | **Policy Expires** |
|---|---|---|---|
| Hartford Fire Insurance Company | 10UERML0743W | 12/25/1991 | 12/31/1992 |
| Hartford Fire Insurance Company | 10UERML0743W | 12/31/1992 | 12/31/1993 |
| Hartford Fire Insurance Company | 10UERML0743W | 12/31/1993 | 12/31/1994 |
| Hartford Fire Insurance Company | 10UERML0743W | 12/31/1994 | 12/31/1995 |