Confidential Materials

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| GEA MECHANICAL EQUIPMENT US, INC., <br><br> Plaintiff, <br><br> v. <br><br> FIRST STATE INSURANCE COMPANY, ET AL., <br><br> Defendants. | Civil Action No. 2-20-cv-09741-BRM-ESK <br><br> Hon. Brian R. Martinotti, U.S.D.J. <br> Hon. Edward S. Kiel, U.S.M.J. |

**PLAINTIFF GEA MECHANICAL'S NOTICE OF MOTION FOR SUMMARY JUDGMENT UNDER FEDERAL RULE OF CIVIL PROCEDURE 56**

**PLEASE TAKE NOTICE** that on a date to be determined by the Court, Plaintiff GEA Mechanical Equipment US, Inc. ("GEA Mechanical"), by its undersigned counsel, K&L Gates LLP, shall move before the Honorable Brian Martinotti, U.S.D.J., for an Order granting summary judgment in favor of GEA Mechanical on all of Plaintiff's claims, striking all of Defendants' affirmative defenses, and for other and further relief as the Court deems just and proper.

**PLEASE TAKE FURTHER NOTICE** that in support of the motion, GEA Mechanical shall rely on the accompanying: Brief on Behalf of Plaintiff GEA Mechanical in Support of Its Motion for Summary Judgement; Plaintiff's Statement of Material Facts Not in Dispute in Support of Plaintiff's Motion for Summary Judgement; and the Certification of Donald Kiel in Support of Plaintiff's Motion for Summary Judgment.

Confidential Materials

**PLEASE TAKE FURTHER NOTICE** that GEA Mechanical requests oral argument on the motion if opposed.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order accompanies this motion.

        Respectfully submitted,

        **K&L GATES LLP**
        Attorneys for Plaintiff

        By: _/s/ Donald W. Kiel_
        Donald W. Kiel
        Donald W. Kiel (NJ Bar No. 014371982)
        Donald.Kiel@klgates.com
        K&L GATES LLP
        One Newark Center
        Tenth Floor
        Newark, New Jersey  07102-5252
        973-848-4000

        -and-

        Joseph C. Safar (admitted *pro hac vice*)
        Erin D. Fleury (admitted *pro hac vice*)
        K&L Gates Center
        210 Sixth Avenue
        Pittsburgh, Pennsylvania  15222-2613
        412-355-6500

Dated:  June 24, 2022        Attorneys for Plaintiff,
        GEA Mechanical Equipment US, Inc.

Confidential Materials

## CERTIFICATE OF SERVICE

I, Donald Kiel, hereby certify on this 24th day of June 2022, a true and correct copy of the foregoing document is being served by E-Mail on all defendants, as set forth on the attached Service List.

Dated: June 24, 2022

By: _____
Donald W. Kiel

Confidential Materials
As of 06-24-2022

## GEA Mechanical Equipment US, Inc. v. Federal Insurance Company, et al., Docket No. 2-20-cv-09741-BRM-ESK (D.N.J.)

## Service List

| PARTY | COUNSEL |
|---|---|
| Continental Insurance Company and Wellfleet New York Insurance Company (successor to Atlanta International Insurance Company) | Edward M. Pinter, Esquire<br>Caroline E. McKenna, Esquire<br>Ford Marrin Esposito Witmeyer & Gleser, LLP<br>Wall Street Plaza<br>88 Pine Street, 23rd Floor<br>New York, NY 10005<br>Tel:  212-269-4900<br>E-mail:  epinter@fordmarrin.com<br>            cmckenna@fordmarrin.com |
| Hartford Accident and Indemnity Company, Hartford Fire Insurance Company, and First State Insurance Company | Stephen V. Gimigliano, Esquire<br>John Maloney, Esquire<br>Christopher K. Kim, Esquire<br>Gimigliano Mauriello & Maloney<br>163 Madison Avenue, Suite 500<br>P.O. Box 1449<br>Morristown, NJ 07962-1449<br>Tel:  973-946-8346 (Gimigliano DD)<br>Tel:  973-946-8203 (Maloney DD)<br>Tel:  973-946-8249 (Kim DD)<br>Tel:  973-946-8360 (Main)<br>E-mail:  sgimigliano@lawgmm.com<br>            jmaloney@lawgmm.com<br>            ckim@lawgmm.com |
| GEA Mechanical Equipment US, Inc. | Donald W. Kiel, Esquire<br>K&L Gates LLP<br>One Newark Center, 10th Floor<br>Newark, NJ 07102-5252<br>Tel:  973-848-4064 (Kiel DD)<br>E-mail:  donald.kiel@klgates.com<br><br>Joseph C. Safar, Esquire<br>Erin D. Fleury, Esquire<br>K&L Gates LLP<br>K&L Gates Center<br>210 Sixth Avenue<br>Pittsburgh, PA 15222-2613<br>Tel:  412-355-6443 (Safar DD)<br>Tel:  412-355-7425 (Fleury DD)<br>E-mail:  joseph.safar@klgates.com<br>            erin.fleury@klgates.com |